# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2020 KW 0649

VERSUS

LARRY EARL MILES                                      **OCTOBER 26, 2020**

_____

In Re:     Larry Earl Miles, applying for supervisory writs, 23rd
           Judicial District Court, Parish of Assumption, No. 17-
           CR-000054.

_____

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**


**WRIT DENIED.**

                              **VGW**
                              **JEW**
                              **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
    DEPUTY CLERK OF COURT
       FOR THE COURT